**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Devon Lee Brown |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Florida (State) |
| Case number: | 19-12356-RBR |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF CHALET SERIES III TRUST

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX1650

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____

## Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1 | Late charges | | (1) | $ |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3 | Attorney fees | | (3) | $ |
| 4 | Filing fees and court costs | | (4) | $ |
| 5 | Bankruptcy/Proof of claim fees | 6/3/2019 | (5) | $ 675.00 |
| 6 | Appraisal/Broker's price opinion fees | | (6) | $ |
| 7 | Property inspection fees | | (7) | $ |
| 8 | Tax advances (non-escrow) | | (8) | $ |
| 9 | Insurance advances (non-escrow) | | (9) | $ |
| 10 | Property preservation expenses. Specify: | | (10) | $ |
| 11 | Other. Specify: Bankruptcy Plan Review | 6/3/2019 | (11) | $ 225.00 |

| | | | |
|---|---|---|---|
| 12 | Other. Specify: | | (12) $ |
| 13 | Other. Specify: | | (13) $ |
| 14 | Other. Specify: | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X **/s/ Matthew Klein**
Signature

Date **7/26/2019**

Print: **Matthew** **Klein**
First Name   Middle Name   Last Name

Title **Attorney for Secured Creditor**

Company **Howard Law Group**

Address **450** **N. Park Road, Suite 800**
Number   Street

**Hollywood** **FL** **33021**
City   State   ZIP Code

Contact phone **954-893-7874**

Email **matthew@HowardLaw.com**

I HEREBY CERTIFY that on July 26, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:

Mitchell J. Nowack, Esq., 8551 Sunrise Blvd. #208, Plantation, FL 33322

Robin R. Weiner, Trustee, PO Box 559007, Fort Lauderdale, FL 33355

United States Trustee, 51 SW 1st Avenue, Suite 1204, Miami, FL 33130

and a true and correct copy was mailed to the non-CM/ECF participants:

Devon Lee Brown, 6692 Bayfront Drive, Margate, FL 33063